# Court of Appeals
# of the State of Georgia

ATLANTA,  November 05, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0530. ISHAM CLAY v. THE STATE.

Following a jury trial, Isham Clay was convicted of aggravated child molestation, enticing a child for indecent purposes, and child molestation. We affirmed his convictions on direct appeal. *Clay v. State*, Case No. A22A0007 (Jan. 18, 2022). In 2024, Clay filed a motion to vacate void sentence, arguing that his rights were violated by the introduction at trial of statements he made to law enforcement. The trial court denied his motion on August 21, 2025, and on September 26, 2025, Clay filed his notice of appeal. We, however, lack jurisdiction.

Pretermitting the substantive issue of whether Clay was permitted to appeal the trial court's order, Clay's appeal is untimely. A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Clay filed his

notice of appeal 36 days after entry of the trial court's order. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___11/05/2025_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*